

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00537-CR

**EX PARTE** Erick Vioney Arana **ARRIOLA**,
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 10460CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's brief is currently due September 28, 2022. On September 20, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by NOVEMBER 28, 2022**. Further requests for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court